# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BERNARD and AMANDA BERNARD | : |
| Plaintiffs | : CIVIL ACTION NO. 17-2361 |
| v. | : (JUDGE MANNION) |
| AIR VENT, INC. | : |
| Defendant | : |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Air Vent, Inc.'s motion for leave to file a third-party complaint **(Doc. 18)** is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 9, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2361-01-Order.docx