IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN BERNARD and AMANDA BERNARD,
HIS WIFE

  NO. 17-CV-02361

v.

AIR VENT, INC.

### ORDER TO DISMISS PURSUANT TO 41.1(B)

NOW, this __7th__ day of __June__, 2019, it appearing that the issues between plaintiffs and defendant have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court,

IT IS ORDERED that this action is dismissed with prejudice, without costs.

BY THE COURT:

_____ J.